**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                                    MDL NO. 2924
PRODUCTS LIABILITY                                           20-MD-2924
LITIGATION

                                              **JUDGE ROBIN L. ROSENBERG**
                                    **MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

> 21-cv-81180-RLR
> 21-cv-81226-RLR
> 21-cv-81229-RLR
> 21-cv-81230-RLR
> 21-cv-81233-RLR
> 21-cv-81236-RLR
> 21-cv-81243-RLR
> 21-cv-81245-RLR
> 21-cv-81252-RLR
> 21-cv-81254-RLR
> 21-cv-81255-RLR
> 21-cv-81267-RLR
> 21-cv-81273-RLR
> 21-cv-81283-RLR
> 21-cv-81284-RLR
> 21-cv-81285-RLR
> 21-cv-81286-RLR
> 21-cv-81287-RLR
> 21-cv-81288-RLR
> 21-cv-81289-RLR
> 21-cv-81290-RLR
> 21-cv-81291-RLR

**ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT**

**THIS CAUSE** is before the Court *sua sponte*. The above-styled cases are

consolidated in MDL proceeding 20-MD-2924 for all pretrial purposes, and the parties are

directed to submit all filings in the MDL action. It light of the consolidation of all cases in

the MDL action, it is **ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as **CLOSED** for administrative purposes only:

> 21-cv-81180-RLR
> 21-cv-81226-RLR
> 21-cv-81229-RLR
> 21-cv-81230-RLR
> 21-cv-81233-RLR
> 21-cv-81236-RLR
> 21-cv-81243-RLR
> 21-cv-81245-RLR
> 21-cv-81252-RLR
> 21-cv-81254-RLR
> 21-cv-81255-RLR
> 21-cv-81267-RLR
> 21-cv-81273-RLR
> 21-cv-81283-RLR
> 21-cv-81284-RLR
> 21-cv-81285-RLR
> 21-cv-81286-RLR
> 21-cv-81287-RLR
> 21-cv-81288-RLR
> 21-cv-81289-RLR
> 21-cv-81290-RLR
> 21-cv-81291-RLR

All pending motions are the above-listed cases are hereby **DENIED WITHOUT PREJUDICE**[1] for the movant to comply with the procedures outlined in Pretrial Order # 24, paragraph 10.

       **DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 26th day of July, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record

---

[1] In the event the date of filing of any motion denied without prejudice is material, the Court will deem the date of filing for any renewed motion to be the date of filing for the original motion.

2