## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-81180-ROSENBERG

JOSEPH ANTHONY FAVORS,

      Plaintiff,

v.

SUNMARK PRODUCS BY MCKESSON,

      Defendant.

_____/

### ORDER SETTING GENERAL CAUSATION DEADLINES

This cause is before the Court on Plaintiff's *pro se* Motions for Partial Summary Judgment [DE 14, 18] and his related motion to provide exhibits in support of his Motion for Partial Summary Judgment [DE 16].

Plaintiff filed this case on April 28, 2021, against Defendant Sunmark Products by McKesson. DE 1.  Then, on July 6, 2021, his case was transferred and consolidated in the MDL *In re: Zantac (Ranitidine) Products Liability Litigation*, 20-MD-2924. DE 12.  The Court entered Pretrial Order 81 [20-MD-2924, DE 6271] on February 14, 2023, to establish deadlines and procedures for Non-Designated Cancer Cases[1] involving plaintiffs who wished to pursue their claims. 20-MD-2924, DE 6271.  The Court warned that any Plaintiff who failed to meet the requirements of Pretrial Order 81 may have their case dismissed with prejudice under Federal Rule of Civil Procedure 41(b). *Id.* at 2.  Specifically, Pretrial Order 81 required individual plaintiffs to (1) file a Notice of Non-Designated Cancers that each plaintiff intended to pursue as part of their case, and (2) certify their intent to provide a general causation expert report for each

---

[1] The Plaintiff in this case alleges cancers that are Non-Designated Cancers.

Non-Designated Cancer. *Id.* at 2.

Plaintiff Favors did not comply with these requirements. However, as Plaintiff is proceeding *pro se* and was possibly unaware of Pretrial Order 81, the Court will grant him another the opportunity to comply with Pretrial Order 81's requirements. If Plaintiff wishes to pursue his claim, he shall review the attached Pretrial Order 81 which explains the qualifications for a general causation expert report. Then, he shall file a notice of which Non-Designated Cancers he will pursue and file a notice of his intent to provide a general causation expert report for each related cancer.

Based on the foregoing, it is **ORDERED AND ADJUDGED** that Plaintiff's Motions for Partial Summary Judgment [DE 14, 18] are **DENIED WITHOUT PREJUDICE** as the Court exercises its case management discretion to focus on general causation prior to motions for summary judgment. *See* 20-MD-2924, Pretrial Orders 1, 30, 65, 77. The Plaintiff's related motion to provide exhibits in support of his Motion for Partial Summary Judgment [DE 16] is **DENIED AS MOOT**. Plaintiff shall comply with the requirements of Pretrial Order 81 by filing the relevant notices no later than July 2, 2025. Otherwise, the case may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 6th day of May, 2025.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
**Joseph Anthony Favors,** *pro se*
Sunrise East/CPS
100 Freeman Drive
St. Peter, MN 56082